UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present: Judges Frank, Huff and Senior Judge Haley

A & G COAL CORPORATION AND
  NEW HAMPSHIRE INSURANCE COMPANY

v.      Record No. 1390-14-3

EDWARD BRIGHT

MEMORANDUM OPINION*
PER CURIAM
DECEMBER 16, 2014

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(S. Vernon Priddy III; Sarah Y. M. Himmel; Two Rivers Law
Group, P.C., on brief), for appellants.

(Paul L. Phipps; Mingkwan Emme Collins; Lee and Phipps, P.C.,
on brief), for appellee.

A & G Coal Corporation and New Hampshire Insurance Company (appellants) appeal a

decision of the Workers' Compensation Commission (the "commission"). Appellants allege the

commission erred in upholding decisions of the deputy commissioner: 1) refusing to leave the

record open after the hearing to permit appellants to obtain an independent medical examination

of Edward Bright; 2) finding Bright proved he sustained a work injury by accident; and

3) concluding Bright established a mechanical change to his body caused by the accident. We

have reviewed the record and the commission's opinion and find that this appeal is without

merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See

Bright v. A & G Coal, Corp., JCN VA00000851999 (June 30, 2014). We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

---

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.

in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>